**CONNER v. SOUTHERN RY. CO.**

No. 111.

District Court, D. Tennessee, at Knoxville.

Jan. 4, 1941.

Poore, Kramer & Cox, of Knoxville, Tenn., for plaintiff.

Cates, Smith & Long, of Knoxville, Tenn., for defendant.

TAYLOR, District Judge.

This is before me again on defendant's motion to strike the second count of the complaint.

The motion is well taken, since there is again a commingling of common law and statutory negligence. To restate a ground of negligence does not add to the pleading, even if the rules permitted a commingling of grounds.

Let the declaration be amended to meet the objection, if the amendment is filed within the week of January 6, 1941.